United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS LEE FRITZ,

    Plaintiff,

    v.

JENNA SHERRI FRITZ, et al.,

    Defendants.

Case No. 15-cv-00289-HSG (PR)

**JUDGMENT**

Pursuant to the Order of Dismissal, judgment is entered in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 3/10/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge