United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE FRITZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JENNA SHERRI FRITZ, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00289-HSG (PR)<br><br>**ORDER VACATING ORDER GRANTING IN FORMA PAUPERIS STATUS AND RESCINDING DIRECTIVE THAT PLAINTIFF PAY THE FULL FILING FEE** |

On March 10, 2015, the Court granted Plaintiff in forma pauperis (IFP) status and, pursuant to 28 U.S.C. § 1915(b), directed the "jail trust account office" to make monthly deductions from Plaintiff's trust account until he had paid the $350.00 filing fee. The Court also instructed Plaintiff to pay an initial partial filing fee of $10.47. However, the Court's records indicate that Plaintiff actually paid the full filing fee on February 2, 2015. See Receipt Number 34611102538. Therefore, the Court's Order was in error. The Court's Order granting IFP status to Plaintiff (Dkt. No. 12) is VACATED, and the directive that Plaintiff pay the full filing fee is RESCINDED.

The Clerk of the Court shall send copies of this Order to the Court's Financial Office and to the Trust Accounts Office of the Elmwood Correctional Facility in Milpitas, California, as well as to Plaintiff. This Court's Financial Office shall reimburse Plaintiff for all fee payments that have been deducted from his trust account and sent to the Court pursuant to the March 10, 2015 Order.

**IT IS SO ORDERED.**

Dated: 3/11/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge