|   |   |
|---|---|
| United States District Court<br>Northern District of California | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE FRITZ,<br>          Plaintiff,<br>    v.<br>JENNA SHERRI FRITZ, et al.,<br>          Defendants. | Case No. 15-cv-00289-HSG (PR)<br><br>**ORDER DENYING PLAINTIFF'S "MOTION OF CONTEMPT"**<br><br>Re: Dkt. No. 19 |

On January 21, 2015, plaintiff, an inmate at the Elmwood Correctional Facility in Milpitas, California, filed the above-titled *pro se* civil rights action under 42 U.S.C. § 1983. On March 10, 2015, the Court granted plaintiff *in forma pauperis* ("IFP") status and, pursuant to 28 U.S.C. § 1915(b), directed the "jail trust account office" to make monthly deductions from plaintiff's trust account until he had paid the $350.00 filing fee. Dkt. No. 12. On March 11, 2015, the Court vacated the IFP order, noting that plaintiff had actually paid the full filing fee on February 2, 2015. Dkt. No. 17. A copy of the Court's March 11, 2015 order was sent to the Trust Accounts Office of the Elmwood Correctional Facility.

On September 30, 2015, plaintiff filed a "motion of contempt of court," notifying this Court that the Trust Accounts Office continues to deduct funds from plaintiff's trust account to be applied to the filing fee in this action despite the Court having rescinded its prior directive for the jail to make such deductions. A review of the docket confirms that the Court's Finance Office received a payment as recently as July 20, 2015.

Accordingly, the Court's Finance Office shall reimburse plaintiff for all fee payments that have been deducted from his trust account and sent to the Court pursuant to the erroneously entered March 10, 2015 IFP order. **The Elmwood Correctional Facility is directed to stop**

1 **deducting funds from plaintiff's trust account in connection with this action.**

2 Because the conduct is insufficient to support holding the Elmwood Correctional Facility
3 in contempt, the "motion of contempt" is DENIED.
4 The Clerk of the Court shall send copies of this order to the Court's Finance Office, the
5 Trust Accounts Office of the Elmwood Correctional Facility, and the Santa Clara County Sheriff's
6 Department, as well as to plaintiff.
7 This order terminates Docket No. 19.
8 **IT IS SO ORDERED.**
9 Dated:  10/30/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2